UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                           :
CURT HERRERA,                                              :
                                        Plaintiff,        :
                                                           :          20 Civ. 2957 (LGS)
                      -against-                            :
                                                           :                 ORDER
UNITED STATES OF AMERICA,                                  :
                                        Defendant.        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on April 16, 2020, the Court directed the Government to either email if

possible and mail a copy of the Order at Docket No. 3 to pro se Plaintiff and file proof of service

by April 18, 2020 (Dkt. No. 3).

  WHEREAS no proof of service was filed on April 18, 2020.  It is hereby

  **ORDERED** that the Government shall file proof of service of the Order at Docket No. 3

by **May 4, 2020**, or a letter explaining the delay.

Dated: May 1, 2020
   New York, New York

                **LORNA G. SCHOFIELD**
            **UNITED STATES DISTRICT JUDGE**