```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   CURT HERRERA,                                             :
                                        Plaintiff,           :
                                                             :        20 Civ. 2957 (LGS)
                     -against-                               :
                                                             :             ORDER
   UNITED STATES OF AMERICA,                                 :
                                        Defendant.           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 16, 2020, the Court directed the Government to either email if possible and mail a copy of the Order at Docket No. 3 to pro se Plaintiff and file proof of service by April 18, 2020 (Dkt. No. 3).

WHEREAS no proof of service was filed on April 18, 2020;

WHEREAS on May 1, 2020, the Court directed the Government to file proof of service of the Order at Docket No. 3 by May 4, 2020, or a letter explaining the delay;

WHEREAS no proof of service or letter explaining the delay was filed on May 4, 2020.  It is hereby

**ORDERED** that the Government to file proof of service of the Order at Docket No. 3 by **May 8, 2020**, or a letter explaining the delay and repeated failure to comply with Court-ordered deadlines.  The Government is reminded that continued failure to comply with Court-ordered deadlines will result in sanctions or prejudice.

Dated: May 7, 2020
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**