UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :
CURT HERRERA,                                 :
                              Plaintiff,     :
                                                  :           20 Civ. 2957 (LGS)
                         -against-                 :           93 Cr. 203-5 (LGS)
                                                  :
UNITED STATES OF AMERICA,       :               ORDER
                                        Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

         WHEREAS, on July 15, 2020, the Government filed its opposition to Defendant Herrera's Motion under 28 U.S.C. § 2255 (*see* Dkt. Nos. 1 and 13 in 20 Civ. 2957). It is hereby

         **ORDERED** that the Clerk of Court is respectfully directed to mail a copy of this Order and the Order at Docket No. 11 in 20 Civ. 2957, reminding Defendant Herrera that his reply to the Government's opposition, if he wishes to file one, is due on **August 15, 2020**.

Dated: July 16, 2020
        New York, New York

                                                       LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**